**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | |
|---|---|
| C.L., AN INDIVIDUAL,    ) | |
| )  | |
| Plaintiff,    ) | |
| )  | **Civil Case No. 8:25-CV-04291** |
| v.    ) | |
| )  | |
| ESA P PORTFOLIO MD LLC, *et al.,*    ) | |
| )  | |
| Defendants.    ) | |
| )  | |
| )  | |

**DEFENDANTS ESA P PORTFOLIO MD LLC AND ESA MANAGEMENT, LLC'S**
**MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

COME NOW Defendants ESA P PORTFOLIO MD LLC and ESA MANAGEMENT, LLC (collectively "ESA") and, pursuant to Fed. R. Civ. Pro. 12(b), hereby file this Motion to Dismiss Plaintiff's Complaint and for the reasons laid out in the accompanying memorandum, which is attached and incorporated hereto by reference, respectfully request this Court enter an Order GRANTING their Rule 12(b)(6) Motion to Dismiss for failure to state a claim and DISMISSING Plaintiff's Complaint with prejudice.

Respectfully submitted,

_/s/ Andrew Stephenson_
Andrew T. Stephenson, Esq. (#26504)
Dillon A. Swensen, Esq. (#31347)
Franklin & Prokopik
The B&O Building
Two North Charles Street, Suite 600
Baltimore, Maryland 21201
Tel: (410) 230-3638
Fax: (410) 752-6868 (fax)
astephenson@fandpnet.com
dswensen@fandpnet.com
*Attorneys for ESA P PORTFOLIO MD LLC*
*and ESA MANAGEMENT, LLC*

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February 2026, that a copy of the foregoing

Motion to Dismiss, Memorandum, and Proposed Order have been electronically filed/served via

ECF and by email to the following:

Jason Fernandez, Esq.
Greenberg & Bederman LLC
1111 Bonifant Street
Silver Spring, MD 20910
(301) 589-2200
jfernandez@gblawyers.com
*Attorneys for Plaintiff*

Randolph Janis (PHV)
Douglas and London, P.C.
1 State Street, 35th Floor
New York, NY 10004
(212) 566-7500
rjanis@douglasandlondon.com
*Attorneys for Plaintiff*


        */s/ Andrew Stephenson*
        Andrew T. Stephenson, Esq.