**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| C.L., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:25-cv-04291-PX |
| ESA P PORTFOLIO MD LLC et al., | * | |
| Defendants. | * | |
| | *** | |

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 6th day of

July 2026, by the United States District Court for the District of Maryland, **ORDERED** that:

1. The Motion to Dismiss filed by Defendants ESA P Portfolio MD LLC and ESA Management, LLC, at ECF No. 7, is **DENIED**;

2. The Court will issue a separate scheduling order; and

3. The Clerk is directed to **TRANSMIT** copies of the foregoing Memorandum Opinion and this Order to the parties.

July 6, 2026
Date

_____/s/_____
Paula Xinis
United States District Judge